```
KEVIN V. RYAN, United States Attorney (SBN 118321)
JAMES CODA, Assistant U.S. Attorney (SBN 1012669 (WI))
U.S. Department of Justice
United States Attorney, Northern District of California
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102

KELLY A. JOHNSON, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
JASON T. COHEN, Trial Attorney (SBN 214438)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Tel: 202-305-0207
Fax: 202-305-0275
```

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>   Defendants,<br><br>DESERT VIPERS MOTORCYCLE CLUB, *et al.*,<br><br>   Defendant-Intervenor/Amici Curiae. | Case No: CV 03-2509-SI<br>Related Case No. CV 03-4501-SI<br><br>**STIPULATION TO SUPPLEMENT ADMINISTRATIVE RECORD AND MODIFY BRIEFING SCHEDULE, and [PROPOSED] ORDER** |

Plaintiffs Center for Biological Diversity, Sierra Club, Public Employees for Environmental Responsibility, and Desert Survivors, and Federal Defendants Bureau of Land Management ("BLM") and United States Fish and Wildlife Service ("FWS"), and Defendant-Intervenors/Amici Curiae Desert Vipers Motorcycle Club, Blue Ribbon Coalition, California Association of 4-Wheel Drive Clubs, San Diego Off-Road Coalition, High Desert Multiple Use Coalition, American Motorcycle Association District 37, Off-Road Business Association, California Off-Road Vehicle Association, and American Sand Association (collectively "Defendant-Intervenors"), having met and conferred, hereby stipulate and agree as follows:

WHEREAS, on May 20, 2005, and May 25, 2005, Federal Defendants filed the administrative records of the actions challenged in this litigation;

WHEREAS, on June 3, 2005, Plaintiffs moved to supplement the administrative record with three documents, which are attached as Exhibits A through C to Document No. 150 (Declaration of Brendan Cummings in Support of Motion to Supplement the Administrative Record), or, in the alternative, to have the Court determine that the documents can be considered as extra-record evidence;

WHEREAS, Federal Defendants have reviewed the documents and do not object to the addition of these three documents to the Administrative Record; and

WHEREAS, Defendant-Intervenors have consulted with Plaintiffs and Defendants, and have requested modification of the briefing schedule such that their summary judgment briefs would be filed simultaneously with Federal Defendants' summary judgment briefs; and

WHEREAS, Plaintiffs and Defendants do not oppose Defendant-Intervenors' request to modify the briefing schedule;

THEREFORE, THE PARTIES STIPULATE TO AND REQUEST THAT:

1. The Administrative Record is hereby supplemented with the three documents submitted by Plaintiffs as Exhibits A-C to the Declaration of Brendan Cummings in support of Plaintiffs' Motion to Supplement the Administrative Record, which consist of:

    a. Excerpts from "The Natural History of the Algodones Dunes, Imperial Valley, California," by Laraine Song, 1974;

   b. February 16, 2005, letter from the Center for Biological Diversity to Linda Hansen, BLM California Desert District Manager, with attached exhibits; and

   c. December 19, 2002, and July 20, 2004, issues of an online newsletter entitled "BLM California News.bytes."

 2. The agreement to supplement the Administrative Record in this case has no precedential value and shall not be used as evidence by Plaintiffs or Federal Defendants in any other dispute as to the appropriate contents of an administrative record.

 3. Plaintiffs withdraw their June 3, 2005, Motion to Supplement the Administrative Record.

 4. The hearing on Plaintiffs' Motion to Supplement the Administrative Record, currently scheduled for July 29, 2005, at 9:00 a.m., is no longer necessary and should be taken off the Court's calendar.

 5. The briefing schedule set forth in the Court's March 23, 2005, Order for Managing Remaining Claims in Case is modified slightly, such that Defendant-Intervenors shall file their summary judgment briefs simultaneously with Federal Defendants. The revised briefing schedule is as follows:

| | |
|---|---|
| July 8, 2005: | Plaintiffs file motion for summary judgment. Memorandum in support no longer than 50 pages. |
| Aug. 5, 2005: | Federal Defendants and Defendant-Intervenors file response/cross-motions for summary judgment. Memorandums in support no longer than 50 pages. |
| Aug. 19, 2005: | Plaintiffs file response/reply. Memorandums in support no longer than 50 pages. |
| Sept. 2, 2005: | Federal Defendants and Defendant-Intervenors file replies. Memorandums in support no longer than 25 pages. |

//////

//////

//////

Sept. 15, 2005, at 3:00 p.m.: Hearing on cross-motions for summary judgment.

Dated: June 30, 2005

Respectfully submitted,

Kelly A. Johnson, Acting Assistant Attorney General
Jean E. Williams, Section Chief

s/_____
JASON T. COHEN, Trial Attorney
State Bar No. 214438
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Tel: (202) 305-0207; Fax: (202) 305-0275

*Attorneys for Federal Defendants*

CENTER FOR BIOLOGICAL DIVERSITY


s/    authorized on June XXXXX, 2005
BRENDAN R. CUMMINGS
State Bar No. 193952
P.O. Box 549
Joshua Tree, CA 92252
Tel: (760) 366-2232; Fax: (760) 366-2669

Deborah A. Sivas
EARTHJUSTICE
553 Salvatierra Walk
Stanford, CA 94305-8620
Tel: (650) 725-4217; Fax: (650) 725-8509

*Attorneys for Plaintiffs*

LOUNSBERY FERGUSON ALTONA & PEAK, LLP


s/_____
DAVID P. HUBBARD, Esq.
State Bar No. 148660
613 West Valley Pkwy, Ste. 345

| | |
|---|---|
| 1 | Escondido, CA 92025-2552<br>Tel: (760) 743-1201; Fax: (760) 743-9926 |
| 2 | |
| 3 | MOORE SMITH BUXTON & TURCKE, CHTD. |
| 4 | |
| 5 | s/_____<br>PAUL A. TURCKE |
| 6 | (admitted *pro hac vice*)<br>225 North 9th St., Ste. 420 |
| 7 | Boise, Idaho 83702<br>Tel: (208) 331-1800; Fax: (208) 331-1202 |
| 8 | DENNIS PORTER |
| 9 | State Bar No. 67176<br>10112 Roadrunner Way |
| 10 | Redding, CA 96003<br>Tel: (530) 221-4129; Fax: (530) 221-1949 |
| 11 | *Attorneys for Defendant-Intervenors/Amici Curiae* |
| 12 | |
| 13 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 14 | Date: _____ |
| 15 | _____<br>SUSAN ILLSTON<br>U.S. DISTRICT JUDGE |

APPROVED — Judge Susan Illston

Case No. CV 03-2509-SI
Related Case No. CV 03-4501-SI                    5                    Stipulation and [Proposed] Order