KEVIN V. RYAN, United States Attorney (SBN 118321)
JAMES CODA, Assistant U.S. Attorney (SBN 1012669 (WI))
U.S. Department of Justice
United States Attorney, Northern District of California
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102

KELLY A. JOHNSON, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Assistant Section Chief
KEVIN W. McARDLE, Trial Attorney (D.C. Bar No. 454569)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Tel: 202-305-0219
Fax: 202-305-0275

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>  Defendants, | Case No: CV 03-2509-SI<br><br>**STIPULATION AND [PROPOSED] ORDER** |

STIPULATION AND [PROPOSED] ORDER
Case No. CV 03-2509-SI

1  WHEREAS on March 14, 2006, the Court issued an Opinion and Order ("Order")
2  resolving the parties' cross-motions for summary judgment and directing the parties to file
3  simultaneous briefs on the appropriate form of relief within 14 days and response briefs within
4  21 days;
5  WHEREAS pursuant to the Court's Order, the parties' initial briefs are currently due on
6  March 28, 2006;
7  WHEREAS the parties have conferred and believe that the current due date for their
8  initial briefs should be extended by 30 days, to and including April 27, 2006, with a
9  corresponding extension of the due date for their response briefs to and including May 4, 2006,
10  because each party requires additional time to review the Court's decision and develop a
11  proposal for appropriate relief;
12  WHEREAS the additional time will also allow the parties to explore the possibility of
13  reaching an agreement on the appropriate form of relief, which would obviate the need for
14  further briefing and conserve judicial resources;
15  WHEREAS this is the parties' first request for an extension of time for this purpose; and
16  WHEREAS as demonstrated above, good cause exists for the proposed extension;
17  THEREFORE, PURSUANT TO LOCAL RULE 6-2, THE PARTIES HEREBY
18  STIPULATE THAT:
19  The parties shall file simultaneous briefs regarding the appropriate form of relief
20  on or before April 27, 2006, and the parties' response briefs shall be filed on or
21  before May 4, 2006

STIPULATION AND [PROPOSED] ORDER
Case No. CV 03-2509-SI            2

1  Respectfully submitted this 23rd day of March, 2006

| | |
|---|---|
| */s/ Brendan R. Cummings (with permission by Kevin W. McArdle)* | KEVIN V. RYAN |
| Brendan R. Cummings (CA Bar No. 193952) | United States Attorney |
| CENTER FOR BIOLOGICAL DIVERSITY | |
| P.O. Box 549 | JAMES A. CODA |
| Joshua Tree, CA 92252 | Assistant United States Attorney |
| Tele: (760) 366-2232 | |
| Fax: (760) 366-2369 | SUE ELLEN WOOLDRIDGE |
| bcummings@biologicaldiversity.org | Assistant Attorney General |
| | |
| Lisa T. Belenky (CA Bar No. 203225) | /s/ Kevin W. McArdle |
| CENTER FOR BIOLOGICAL DIVERSITY | KEVIN W. McARDLE, Trial Attorney |
| 1095 Market Street, Suite 511 | DC Bar # 454569 |
| San Francisco, CA 94103 | United States Department of Justice |
| Tele: (415) 436-9682, x307 | Environment & Natural Resources Division |
| lbelenke@biologicaldiversity.org | Wildlife and Marine Resources Section |
| | Benjamin Franklin Station, P.O. Box 7369 |
| *Attorneys for Plaintiffs* | Washington, D.C. 20044-7369 |
| | Telephone: (202) 305-0219 |
| | Facsimile: (202) 305-0275 |
| | kevin.mcardle@usdoj.gov |
| | |
| | *Attorneys for Federal Defendants* |
| | |
| | */s/ David P. Hubbard (with permission by Kevin W. McArdle)* |
| | DAVID P. HUBBARD, ESQ. |
| | California Bar No. 148660 |
| | LOUNSBERRY FERGUSON ALTONA & PEAK, LLP |
| | 960 Canterbury Place, Suite 300 |
| | Escondido, California 92025-2552 |
| | Tele: (760) 741-1201 |
| | fax: (760) 741-9926 |
| | |
| | *Attorneys for Defendant-Intervenors* |

Pursuant to Stipulation, **IT IS SO ORDERED**.

DATED: _____

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
Case No. CV 03-2509-SI                              3