KEVIN V. RYAN, United States Attorney (SBN 118321)
JAMES CODA, Assistant U.S. Attorney (SBN 1012669 (WI))
U.S. Department of Justice
United States Attorney, Northern District of California
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102

SUE ELLEN WOOLDRIDGE, Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Assistant Section Chief
KEVIN W. McARDLE, Trial Attorney (D.C. Bar No. 454569)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Tel: 202-305-0219
Fax: 202-305-0275

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>　　　　Defendants, | Case No: CV 03-2509-SI<br><br>**STIPULATION AND [PROPOSED] ORDER** |

STIPULATION AND [PROPOSED] ORDER
Case No. CV 03-2509-SI

1  WHEREAS on March 14, 2006, the Court issued an Opinion and Order ("Order")
2  resolving the parties' cross-motions for summary judgment and directing the parties to file
3  simultaneous briefs on the appropriate form of relief within 14 days and response briefs within
4  21 days;

5  WHEREAS pursuant to the Court's Order, the parties' initial briefs were originally due
6  on March 28, 2006;

7  WHEREAS by Order dated March 23, 2006, the Court approved the parties' stipulation
8  to extend the due date for their initial briefs by 30 days, to and including April 27, 2006, with a
9  corresponding extension of the due date for their response briefs to and including May 4, 2006;

10 WHEREAS the parties have conferred and believe that the current due date for their
11 initial briefs should be extended by an additional 45 days, to and including June 12, 2006, with a
12 corresponding extension of the due date for their response briefs to and including June 26, 2006,
13 because the parties are continuing to discuss the possibility of reaching an agreement on the
14 appropriate form of relief, which would obviate the need for further briefing and conserve
15 judicial resources; and

16 WHEREAS as demonstrated above, good cause exists for the proposed extension;

17 THEREFORE, PURSUANT TO LOCAL RULE 6-2, THE PARTIES HEREBY
18 STIPULATE THAT:

19 The parties shall file simultaneous briefs regarding the appropriate form of relief
20 on or before June 12, 2006, and the parties' response briefs shall be filed on or
21 before June 26, 2006

STIPULATION AND [PROPOSED] ORDER
Case No. CV 03-2509-SI                    2

1 Respectfully submitted this 20th day of April, 2006

| | |
|---|---|
| */s/ Lisa T. Belenky (with permission by Kevin W. McArdle)*<br>Lisa T. Belenky (CA Bar No. 203225)<br>CENTER FOR BIOLOGICAL DIVERSITY<br>1095 Market Street, Suite 511<br>San Francisco, CA 94103<br>Tele: (415) 436-9682, x307<br>lbelenky@biologicaldiversity.org<br><br>Brendan R. Cummings (CA Bar No. 193952)<br>CENTER FOR BIOLOGICAL DIVERSITY<br>P.O. Box 549<br>Joshua Tree, CA 92252<br>Tele: (760) 366-2232<br>Fax: (760) 366-2369<br>bcummings@biologicaldiversity.org<br><br>*Attorneys for Plaintiffs* | KEVIN V. RYAN<br>United States Attorney<br><br>JAMES A. CODA<br>Assistant United States Attorney<br><br>SUE ELLEN WOOLDRIDGE<br>Assistant Attorney General<br><br>*/s/ Kevin W. McArdle*<br>KEVIN W. McARDLE, Trial Attorney<br>DC Bar # 454569<br>United States Department of Justice<br>Environment & Natural Resources Division<br>Wildlife and Marine Resources Section<br>Benjamin Franklin Station, P.O. Box 7369<br>Washington, D.C. 20044-7369<br>Telephone: (202) 305-0219<br>Facsimile: (202) 305-0275<br>kevin.mcardle@usdoj.gov<br><br>*Attorneys for Federal Defendants*<br><br>*/s/ David P. Hubbard (with permission by Kevin W. McArdle)*<br>DAVID P. HUBBARD, ESQ.<br>California Bar No. 148660<br>LOUNSBERRY FERGUSON ALTONA & PEAK, LLP<br>960 Canterbury Place, Suite 300<br>Escondido, California 92025-2552<br>Tele: (760) 741-1201<br>fax: (760) 741-9926<br><br>*Attorneys for Defendant-Intervenors* |

Pursuant to Stipulation, **IT IS SO ORDERED**.

DATED: _____

*[signature: Susan Illston]*

HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
Case No. CV 03-2509-SI        3