**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>    Defendants, | Case No: CV 03-2509-SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING MOTION FOR FEES AND COSTS** |

Plaintiffs Center for Biological Diversity, et al. and Defendants Bureau of Land Management, et al., by and through their undersigned counsel, say as follows:

WHEREAS:

This Court entered judgment in the above-caption case on September 26, 2006;

Pursuant to Local Rule 54-6, Plaintiffs' Motion for Attorney's Fees and Costs is due within 14 days of the Court's entry of judgment, or on October 10, 2006;

Plaintiffs and Defendants believe that they may be able to resolve the matter of fees and costs through negotiation, and have therefore agreed to the following Stipulation extending Plaintiffs' deadline for filing a Motion for Attorney's Fees and Costs:

THEREFORE:

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants, through their respective counsel, that, upon approval of the Court, the deadline for Plaintiffs to file any Motion for Attorney's Fees and Costs is extended until December 15, 2006. If by December 15, 2006 the parties have not reached a

settlement resolving Plaintiffs' claim for fees and costs, the parties will file a status report with the Court indicating either that the parties require additional time to reach settlement, or setting forth a briefing schedule for resolving Plaintiffs' claim for fees and costs.

Respectfully submitted this 5th day of October, 2006

```
  /s/ Brendan Cummings                    KEVIN V. RYAN
Brendan R. Cummings (CA Bar No. 193952)   United States Attorney
CENTER FOR BIOLOGICAL DIVERSITY           JAMES A. CODA
P.O. Box 549                              Assistant United States Attorney
Joshua Tree, CA 92252
Tele: (760) 366-2232                      SUE ELLEN WOOLDRIDGE
Fax: (760) 366-2369                       Assistant Attorney General
bcummings@biologicaldiversity.org
                                            /s/ Kevin McArdle   (authorized via phone)
Lisa T. Belenky (CA Bar No. 203225)       KEVIN W. McARDLE, Trial Attorney
CENTER FOR BIOLOGICAL DIVERSITY           DC Bar # 454569
1095 Market Street, Suite 511             United States Department of Justice
San Francisco, CA 94103                   Environment & Natural Resources Division
Tele: (415) 436-9682, x307                Wildlife and Marine Resources Section
lbelenky@biologicaldiversity.org          Benjamin Franklin Station, P.O. Box 7369
                                          Washington, D.C. 20044-7369
Attorneys for Plaintiffs                  Telephone: (202) 305-0219
                                          Facsimile: (202) 305-0275
                                          kevin.mcardle@usdoj.gov

                                          Attorneys for Federal Defendants
```

Pursuant to Stipulation, **IT IS SO ORDERED**.

DATED: _____    _____
                                 HONORABLE SUSAN ILLSTON
                                 UNITED STATES DISTRICT JUDGE