|  |  |
|---|---|
| 1 | KEVIN V. RYAN, United States Attorney (SBN 118321) |
|  | JAMES CODA, Assistant U.S. Attorney (SBN 1012669 (WI)) |
| 2 | U.S. Department of Justice |
|  | United States Attorney, Northern District of California |
| 3 | 450 Golden Gate Ave., Box 36055 |
|  | San Francisco, CA 94102 |

KEVIN V. RYAN, United States Attorney (SBN 118321)
JAMES CODA, Assistant U.S. Attorney (SBN 1012669 (WI))
U.S. Department of Justice
United States Attorney, Northern District of California
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102

SUE ELLEN WOOLDRIDGE, Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Assistant Section Chief
KEVIN W. McARDLE, Trial Attorney (D.C. Bar No. 454569)
MICHAEL R. EITEL, Trial Attorney (Neb. Bar No. 22889)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Tel: 202-305-0339 / Fax: 202-305-0275
*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT, *et al*., <br><br> Defendants, | Case No: CV 03-2509-SI <br><br> **JOINT STATUS REPORT, STIPULATION, AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING MOTION FOR FEES AND COSTS** |

Pursuant to the Joint Status Report, Stipulation, and Proposed Order to Extend Time for Filing Motion for Fees and Costs filed on December 12, 2006 (Docket No. 199), approved by the Court on December 15, 2006 (Docket No. 200), Plaintiffs and Federal Defendants ("parties") hereby file a joint status report informing the Court that the parties have not yet been able to reach a settlement resolving Plaintiffs' claims for fees and costs. Because settlement discussions are ongoing at this time, the

Case No. CV 03-2509-SI

1 parties request additional time to engage in settlement discussions and attempt to resolve these
2 outstanding claims without the need for judicial intervention. Accordingly, the parties stipulate and
3 respectfully request that the Court extend the deadline for Plaintiffs to file any Motion for Attorney's
4 Fees and Costs until April 10, 2007.

5     THEREFORE:

6 IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants, through their respective
7 counsel, that, upon approval of the Court, the deadline for Plaintiffs to file any Motion for Attorney's
8 Fees and Costs is extended until April 10, 2007. If by April 10, 2007, the parties have not reached a
9 settlement resolving Plaintiffs' claims for fees and cost, the parties will file a status report with the
10 Court indicating either that the parties require additional time to reach settlement, or setting forth a
11 briefing schedule for resolving Plaintiffs' claim for fees and costs.

13 Respectfully submitted this 7th day of February, 2007

14 SUE ELLEN WOOLRIDGE
Assistant Attorney General     /s/ Brendan Cummings (authorized via phone)
15     Brendan R. Cummings (CA Bar. No. 183952)
/s/ Michael R. Eitel     CENTER FOR BIOLOGICAL DIVERSITY
16 MICHAEL R. EITEL, Trial Attorney     P.O. Box 549
(SBN 22889 (Neb.))     Joshua Tree, CA 92252
17 KEVIN W. McARDLE, Trial Attorney     Tel: (760) 366-2232
U.S. Department of Justice     Fax: (760) 366-2369
18 Environment & Natural Resources Division     bcummings@biologicaldiversity.org
Wildlife & Marine Resources Section
19 Ben Franklin Station, P.O. Box 7369     Lisa T. Belenky (CA Bar. No. 203225)
Washington, DC 20044-7369     CENTER FOR BIOLOGICAL DIVERSITY
20 Tel: (202) 305-0339; Fax: (202) 305-0275     1095 Market Street, Suite 511
*Attorneys for Federal Defendants*     San Francisco, CA 94103
21     Tel: (415) 436-9682 x 307
    Lbelenky@biologicaldiversity.org

24 Pursuant to Stipulation, IT IS SO ORDERED. Further extensions unlikely.

27 DATED: _____ _____
HONORABLE SUSAN ILLSTON
28 UNITED STATES DISTRICT JUDGE

Case No. CV 03-2509-SI     2