SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
CHARLES M. O'CONNOR (SBN 56320)
Assistant United States Attorney
Environment & Natural Resources Unit
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone No: (415) 436-7180
Facsimile No: (415) 436-6748

MATTHEW J. McKOWEN, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Assistant Section Chief
KEVIN W. McARDLE, Trial Attorney (D.C. Bar No. 454569)
MICHAEL R. EITEL, Trial Attorney (Neb. Bar No. 22889)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Tel: 202-305-0339 / Fax: 202-305-0275
*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>Defendants. | Case No: CV 03-2509-SI<br><br>**JOINT STIPULATION SETTLING PLAINTIFFS' CLAIMS FOR ATTORNEYS' FEES AND COSTS** |

WHEREAS, by Order dated August 3, 2004, the Court granted Plaintiffs' motion for partial summary judgment on their first and second claim, and, by Order dated January 3, 2005, the Court partially granted and partially denied Defendants' motion to alter or amend the judgment and Plaintiffs' motion for injunctive relief;

Case No. CV 03-2509-SI

1     WHEREAS, by Order dated March 14, 2006, the Court granted in part and denied in part Plaintiffs' motion for summary judgment on all remaining claims, and, by Order dated September 26, 2006, the Court issued its remedy order partially vacating and remanding various challenged actions in the case;

    NOW, THEREFORE, the Parties hereby Stipulate and Agree as follows:

1.     Defendants agree to settle all of Plaintiffs' claims for costs and attorneys' fees in the above-captioned litigation for a total of $400,000.00. A check or check(s) will be made payable in that amount to: Center for Biological Diversity, c/o Brendan Cummings, P.O. Box 549, Joshua Tree, CA 92252.

2.     Defendants agree to submit all necessary paperwork to the Department of the Treasury's Judgment Fund Office pursuant to 16 U.S.C. § 1540(g)(4) within ten (10) business days of receipt of the signed court order approving this Stipulation;

3.     Plaintiffs agree to accept payment of $400,000.00 in full satisfaction of any and all claims for attorneys' fees and costs of litigation to which Plaintiffs are entitled in the above-captioned litigation, through and including the date of this agreement;

4.     Plaintiffs agree that receipt of this payment from Defendants shall operate as a release of Plaintiffs' claims for attorneys' fees and costs in this matter;

5.     By this agreement, Defendants do not waive any right to contest fees claimed by Plaintiffs or Plaintiffs' counsel, including the hourly rate, in any future litigation. Further, this stipulation as to attorneys' fees and costs has no precedential value and shall not be used as evidence in any other attorneys' fees litigation.

6.     The schedule for a hearing on Plaintiffs' Motion for Fees and Costs as set forth in the parties April 5, 2007 Status Report (Dkt. # 205) is vacated.

Respectfully submitted this 8th day of May, 2007

MATTHEW J. McKOWEN  
Acting Assistant Attorney General            /s/ Brendan Cummings (authorized via email)  
                                                 Brendan R. Cummings (CA Bar. No. 183952)  
 /s/ Michael R. Eitel                        CENTER FOR BIOLOGICAL DIVERSITY  
MICHAEL R. EITEL, Trial Attorney        P.O. Box 549  
(SBN 22889 (Neb.))                      Joshua Tree, CA 92252

Case No. CV 03-2509-SI                 2

KEVIN W. McARDLE, Trial Attorney  
U.S. Department of Justice  
Environment & Natural Resources Division  
Wildlife & Marine Resources Section  
Ben Franklin Station, P.O. Box 7369  
Washington, DC 20044-7369  
Tel: (202) 305-0339; Fax: (202) 305-0275  
*Attorneys for Federal Defendants*

Tel: (760) 366-2232  
Fax: (760) 366-2369  
bcummings@biologicaldiversity.org

Lisa T. Belenky (CA Bar. No. 203225)  
CENTER FOR BIOLOGICAL DIVERSITY  
1095 Market Street, Suite 511  
San Francisco, CA 94103  
Tel: (415) 436-9682 x 307  
Lbelenky@biologicaldiversity.org

Pursuant to Stipulation, IT IS SO ORDERED.

DATED: __5/8/07_____  _____  
HONORABLE SUSAN ILLSTON  
UNITED STATES DISTRICT JUDGE

Case No. CV 03-2509-SI              3