ROBERT G. DREHER
Acting Assistant Attorney General

KEVIN W. McARDLE, Senior Attorney (D.C. Bar No. 454569)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tele: (202) 305-0219/Fax: (202) 305-0275
kevin.mcardle@usdoj.gov

AYAKO SATO, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tele: (202) 305-0239/Fax: (202) 305-0506
Ayako.Sato@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT, *et al.*, <br><br> Federal Defendants, <br><br> and <br><br> AMERICAN SAND ASSOCIATION, et al., <br><br> Defendant-Intervenors. | Case No. 3:03-cv-02509-SI <br><br> **FEDERAL DEFENDANTS' NOTICE OF RESTORATION OF APPROPRIATIONS AND UPDATED SCHEDULE** |

Federal Defendants' Notice

- 1 -

U.S. Department of Justice
Environment & Natural Resources Division
Washington, D.C. 20044-7611
Case No. 3:03-cv-02509-SI

On October 1, 2013, Federal Defendants requested a stay of the October 15, 2013 due date for their answer to Plaintiffs' Third Amended Complaint due to the lapse in appropriations for the Department of Justice and the Federal Defendants. Defendants committed to notify the Court when Congress appropriated funds for these agencies' operations. The Court granted the requested stay on October 1, 2013 (ECF No. 218), ordering that upon filing of Federal Defendants' notice, the due date for Federal Defendants' answer or other response to the Third Amended Complaint would be extended commensurate with the duration of the lapse in appropriations. In addition, by Order dated October 16, 2013 (ECF No. 220), the Court approved the parties' stipulation to a similar stay of the remaining deadlines set forth in paragraphs 3-9 of the Court's August 6, 2013 Scheduling Order (ECF No. 214).

On October 17, 2013, the President of the United States signed legislation restoring appropriations to the Department of Justice and the Federal Defendants in this case. The duration of the lapse in appropriations was 16 days. Accordingly, pursuant to the Court's October 1 and October 16 orders (and the provisions of Fed. R. Civ. P. 6(a)(1)(C)), the deadlines in paragraphs 3-9 of the Scheduling Order are now extended by 16 days, as follows:

3. Federal Defendants and Defendant-Intervenors shall file their answers or other responses to Plaintiffs' Third Amended Complaint on or before **October 31, 2013**.

4. Plaintiffs shall file their motion for summary judgment on or before **November 4, 2013**. Plaintiffs' supporting memorandum of points and authorities shall not exceed 25 pages.

5. Federal Defendants shall file a combined cross-motion for summary judgment and opposition to Plaintiffs' motion, not to exceed 25 pages, on or before **December 2, 2013**.

6. Intervenor-Defendants shall file a combined cross-motion for summary judgment and opposition to Plaintiffs' motion, not to exceed 25 pages, on or before **December 2, 2013**.

7. Plaintiffs shall file a single combined opposition and reply to the summary judgment briefs described in paragraphs 5 and 6, not to exceed 20 pages, on or before **December 23, 2013**.

8. Federal Defendants shall file a reply brief, not to exceed 15 pages, on or before **January 6, 2013**.

Federal Defendants' Notice

- 2 -

U.S. Department of Justice
Environment & Natural Resources Division
Washington, D.C. 20044-7611
Case No. 3:03-cv-02509-SI

9.     Intervenor-Defendants shall file a reply brief, not to exceed 15 pages, on or before **January 6, 2013**.

The parties are also discussing possible minor modifications to the revised schedule and will attempt to stipulate to any such modifications.  Undersigned counsel for Federal Defendants has conferred with counsel for the other parties prior to filing this notice.

DATED:       October 21, 2013              Respectfully submitted,

                                                  ROBERT G. DREHER
                                                  Acting Assistant Attorney General

                                                  */s/ Kevin W. McArdle*
                                                  KEVIN W. McARDLE, Trial Attorney
                                                  United States Department of Justice
                                                  Environment & Natural Resources Division
                                                  Wildlife & Marine Resources Section
                                                  Benjamin Franklin Station, P.O. Box 7611
                                                  Washington, D.C. 20044-7611
                                                  Tele: (202) 305-0219/Fax: (202) 305-0275
                                                  kevin.mcardle@usdoj.gov
                                                  Kevin.McArdle@usdoj.gov

                                                  */s/ Ayako Sato*
                                                  AYAKO SATO, Trial Attorney
                                                  United States Department of Justice
                                                  Environment & Natural Resources Division
                                                  Natural Resources Section
                                                  Ben Franklin Station, P.O. Box 7611
                                                  Washington, D.C. 20044-7611
                                                  Tele: (202) 305-0239/Fax: (202) 305-0506
                                                  Ayako.Sato@usdoj.gov

                                                  Attorneys for Federal Defendants

Motion Hearing: 1/24/14 @ 9 a.m.

**GRANTED**
*[Signature]*
Judge Susan Illston

Federal Defendants' Notice

- 3 -

U.S. Department of Justice
Environment & Natural Resources Division
Washington, D.C. 20044-7611
Case No. 3:03-cv-02509-SI