IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,

        Plaintiffs,

  v.

BUREAU OF LAND MANAGEMENT, *et al.*,

        Defendants.

        /

No. C 03-2509 SI

**JUDGMENT**

On April 3, 2014, the Court issued an order resolving the parties' cross-motions for summary judgment. The Court granted summary judgment in favor of defendants on plaintiffs' claims that (1) the 2012 Biological Opinion is deficient because it does not include an Incidental Take Statement for the Peirson's milk-vetch ("PMV"); (2) the 2013 Environmental Impact Statement violates the National Environmental Policy Act ("NEPA") by failing to take a hard look at impacts on wilderness areas; and (3) BLM violated NEPA, the Federal Land Policy and Management Act of 1976, and the Clean Air Act by failing to properly evaluate the alleged impacts of the 2013 ISDRA Recreation Area Management Plan on air quality.

The Court granted summary judgment in favor of plaintiffs on plaintiffs' claims that defendant

FWS has unreasonably delayed issuance of a recovery plan for the PMV under Section 4(f) of the Endangered Species Act, and the Court ordered FWS to complete a recovery plan by July 31, 2019, unless FWS "finds that such a plan will not promote the conservation of the [PMV]." 16 U.S.C. § 1533(f)(1).

Judgment is hereby entered in accordance with the April 3, 2014 order.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 15, 2014

SUSAN ILLSTON
United States District Judge